In the Matter of the Application of EDWARD DOMSCHKE, Respondent, for an Order Restraining EDWARD F. BOYLE et al., Constituting the Board of Elections of the City of New York, from Printing on the Official Ballot for Election of November 2, 1915, the Name of WILLIAM R. WILSON, Appellant, as Candidate of the Jefferson Party for the Office of Justice of the Municipal Court of the City of New York.

*Matter of Domschke* v. *Boyle*, 170 App. Div. —, affirmed.
(Argued October 26, 1915; decided October 27, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1915, which affirmed an order of Special Term granting the application herein.

*Harry S. Lucia* for appellant.

*Jacob L. Holtzmann* for respondents.

Order affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.